UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINA CHAVEZ NAVARRO,<br><br>                    Plaintiff,<br><br>          v.<br><br>WAL-MART ASSOCIATES, INC. et al.,<br><br>                    Defendants. | Case No. 1:24-cv-01435-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 12). |

On March 6, 2026, the parties filed a joint stipulation stating as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Victorina Chavez-Navarro ("Plaintiff"), by and through undersigned counsel, hereby files this Stipulation of Dismissal concerning any and all claims against Defendant Wal-Mart Associates, Inc., et al. ("Wal-Mart") in the above-captioned action with prejudice, with each party to bear its own costs and fees.

(ECF No. 12, p. 2).

While this filing contains a signature from Plaintiff's counsel, it does not contain any signature from Defense counsel, although the Court notes that there is a blank space for such a signature.

\\\

\\\

\\\

\\\

\\\

\\\

1

Because Rule 41(a)(1)(A)(ii) requires "a stipulation of dismissal signed by all parties who have appeared," IT IS ORDERED that, by no later than March 12, 2026, the parties shall submit a new stipulation that is properly signed by all parties that have appeared in this action.

IT IS SO ORDERED.

Dated:    **March 9, 2026**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE