UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINA CHAVEZ NAVARRO, | Case No. 1:24-cv-01435-JLT-EPG |
| Plaintiff, | ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE |
| v. | (ECF No. 14). |
| WAL-MART ASSOCIATES, INC. et al., | |
| Defendants. | |

On March 9, 2026, the parties filed a joint stipulation stating as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Victorina Chavez-Navarro ("Plaintiff"), by and through undersigned counsel, hereby files this Stipulation of Dismissal concerning any and all claims against Defendant Wal-Mart Associates, Inc., et al. ("Wal-Mart") in the above-captioned action with prejudice, with each party to bear its own costs and fees.

(ECF No. 14, p. 2).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

\\\

\\\

\\\

\\\

\\\

\\\

1

Accordingly, the Clerk of Court is directed to terminate any pending proceedings, deadlines, and motions and then close this case.

IT IS SO ORDERED.

Dated:   **March 10, 2026**          /s/ ~~Erica P. Grosjean~~

UNITED STATES MAGISTRATE JUDGE

2